| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Brotman, Stanley S | 2. Court or Organization U.S.D.C, New Jersey | 3. Date of Report 05/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge/Sr. Status | 5. ReportType (check appropriate type) ⊛ Nomination, Date ⊛ Initial ⊛ Annual ⊛ Final | 6. Reporting Period 01/01/2003 to 12/31/2003 |
| 7. Chambers or Office Address 6030 M.H. Cohen US Courthouse 4th & Cooper Streets, Box 1029 Camden, NJ 08102-1029 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman | ABA Judicial Immigration Education Project |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 19 11 14 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Director, American Automobile Association, Club of South New Jersey |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | NY Intellectual Property Law Association | 3/28/03 - 3/29/03, New York City (Lodge, Food) |
| 2. | Mediation Skills Workshop, F.J.C. | 4/22-25/03, New Orleans, LA (Discussion, Trans. Lodge, Food) |
| 3. | American Automobile Association, Club of South New Jersey | 5/3 - 7/03, Denver, CO (Events, Trans. Lodge, Food) |
| 4. | Third Circuit Judicial Conference | 11/9-11/03, Phila, PA (Discussion, Trans., Lodge, Food) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 05/10/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Quest. Cash Resv. Primary Port /Oppenheimer | A | Interest | J | T | | | | | |
| 2. Command Money Fund/Oppenheimer | A | Interest | J | T | | | | | |
| 3. U.S.Enviro Systems,Inc. c/s (formerly Cogenic Energy) System | A | None | J | T | | | | | |
| 4. General Electric c/s | B | Dividend | L | T | | | | | |
| 5. Xerox Corporation c/s | A | Dividend | K | T | | | | | |
| 6. PNC Bank c/s | B | Dividend | K | T | | | | | |
| 7. Sun Nat.Bank, Vineland, NJ (chkg acct) | A | Interest | K | T | | | | | |
| 8. Israel Bonds | A | Interest | J | T | | | | | |
| 9. Command Money Fund/Prudential Securities | B | Interest | J | T | | | | | |
| 10. 1/4 Interest, S.B.E.& C. Realty | A | None | | | Sold | 1/2 | M | L | Antibi Properties, LLC |
| 11. Wachovia Corp. | A | Dividend | K | T | | | | | |
| 12. Alliance Pharmaceutical Corp. c/s | A | None | | | Sold | 12/17 | J | | |
| 13. Israel Bonds | A | Interest | J | T | | | | | |
| 14. Minotola National Bank, Vineland, NJ (checking) | A | Interest | J | T | | | | | |
| 15. ▮▮▮▮▮▮TRUST: | | | | | | | | | |
| 16. - GlenmedeFund Inc-Tax Exempt Cash Port prin. cash&reserve | B | Interest | M | T | | | | | |
| 17. - Passaic Co. NJ Genl Impt Mbia(dtd 12/1/92;due12/01/05) | C | Interest | K | T | | | | | |
| 18. - NJ St Hwy Au Esc (dtd 8/15/73;due 1/1/11) | A | Interest | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 05/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - Little Egg Hbr Mun Util Wtr & Swr(dtd 3/1/97;due 7/1/06) | B | Interest | K | T | | | | | |
| 20. - NJ St Edl Fac Auth Drew Univ. (dtd 3/15/97;due 3/1/04) | B | Interest | L | T | | | | | |
| 21. - Manalapan EnglishtownNJRegl BrdEd(dtd 6/1/93;due5/1/07) | C | Interest | L | T | | | | | |
| 22. - Gloucester Cnty NJ G.O. (dtd 10/1/97; due 2/1/08) | B | Interest | L | T | | | | | |
| 23. - General Electric Co. c/s | B | Dividend | L | T | | | | | |
| 24. - Sherwin Williams Co. c/s | A | Dividend | | | Sold | 3/01 | K | E | |
| 25. - Colgate Palmolive Co. c/s | A | Dividend | K | T | | | | | |
| 26. - Johnson & Johnson c/s | A | Dividend | K | T | | | | | |
| 27. - Merck & Co., Inc. c/s | A | Dividend | K | T | | | | | |
| 28. - Royal Dutch Petroleum New c/s | B | Dividend | L | T | | | | | |
| 29. - City Group, Inc. c/s | B | Dividend | L | T | Part Sale | 5/20 | J | D | |
| 30. - Fed Nat'l Mtg Assn. c/s | A | Dividend | K | T | Part Sale | 5/20 | J | D | |
| 31. | | | | | Part Sale | 10/28 | K | E | |
| 32. - Bank of America c/s | B | Dividend | K | T | | | | | |
| 33. - Automatic Data Processing, Inc. c/s | A | Dividend | K | T | Part Sale | 10/07 | K | J | |
| 34. - Microsoft Corp. c/s | A | Dividend | K | T | | | | | |
| 35. - SBC Communications, Inc. c/s | B | Dividend | K | T | | | | | |
| 36. - Glenmede Fund,Inc.- Tax Exempt Cash Port(Inc.Cash&Resrve) | C | Interest | M | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. - Intel Corp. c/s | B | Dividend | J | T | | | | | |
| 38. - Schlumberger, Ltd. c/s | A | Dividend | M | K | Sale | 5/20 | K | | |
| 39. - Chase Manhattan Corp.c/s | A | Dividend | J | T | | | | | |
| 40. Daimler Chrysler c/s | A | Dividend | J | T | | | | | |
| 41. IBM c/s | A | Dividend | M | T | Part Sale | 12/22 | K | | |
| 42. Pepsico, Inc. c/s | A | Dividend | J | T | | | | | |
| 43. Sara Lee Corp. c/s | A | Dividend | J | T | | | | | |
| 44. Specialty Retail Group, Inc. c/s | A | None | J | T | | | | | |
| 45. THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 46. - Glenmede Fund, Inc. | B | Int/Div | M | T | | | | | |
| 47. THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 48. - Glenmede Fund, Inc. | A | Int/Div | K | T | | | | | |
| 49. THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 50. - Glenmede Fund, Inc. | B | Dividend | L | T | | | | | |
| 51. Verizon c/s | A | Dividend | J | T | | | | | |
| 52. Pepsico, Inc. c/s | A | Dividend | J | T | | | | | |
| 53. Motorola, Inc. c/s | A | Dividend | J | T | | | | | |
| 54. J.P.Morgan Chase c/s | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Intel c/s | A | Dividend | K | T | | | | | |
| 56. NJ Healthcare Fac. (dtd 7/1/94; due 7/1/03) | A | Interest | J | T | | | | | |
| 57. Lower Twp NJ Mua Rev Rfdg (dtd 7/1/93; due 12/1/05) | A | Interest | | | Fully Called | 12/1 | K | | . |
| 58. Edgewater NJ Series 1997 (dtd 9/15/97; due 7/2004) | A | Interest | J | T | | | | | |
| 59. Hamilton Twp.,NJ Bd of Educ, (dtd 12/1/92;due 12/15/2003) | A | Interest | | | Fully Called | 9/02 | K | | |
| 60. Somerset Cty,NJ,Gen.Obl.Series 1998(dtd12/1/98;due12/1/06) | A | Interest | K | T | | | | | |
| 61. Israel Bonds | A | Interest | J | T | | | | | |
| 62. Vodaphone AirTouch c/s | A | Dividend | K | T | | | | | |
| 63. NJ St Hwy Auth (dtd 6/15/92; due 1/1/2004) | A | Interest | | | Fully Called | 8/15 | K | | |
| 64. ████████TRUST: | | | | | | | | | |
| 65. - Home Depot, Inc. c/s | A | Dividend | K | T | Part Sale | 5/20 | K | | |
| 66. - American International Group c/s | A | Dividend | J | T - | | | | | |
| 67. - Burlington Cnty NJ Gen Imp GO (dtd 7/5/98; due 7/15/2009) | B | Interest | K | T | | | | | |
| 68. - American International Group c/s | A | Dividend | K | T | | | | | |
| 69. - Exxon Mobil Corp. c/s | B | Dividend | K | T | | | | | |
| 70. - Sayreville, NJ (dtd 9/1/00; 4.6% Due 9/1/10) | B | Interest | K | T | | | | | |
| 71. - Mercer County, NJ Impt.(dtd 12/15/00 4.4%,due 11/1/10) | B | Interest | K | T | | | | | |
| 72. - NJ Healthcare FacFing Auth. Rev(dtd1/1/98 4.2%;due7/1/05) | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 05/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. - Ocean City,NJ FSA G.O.(dtd 4/1/98 4.5%;due 4/1/08) | B | Interest | K | T | | | | | |
| 74. THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 75. - Glenmede Fund, Inc. | B | Dividend | L | T | | | | | |
| 76. THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 77. - Glenmede Fund, Inc. | B | Dividend | K | T | | | | | |
| 78. THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 79. - Glenmede Fund, Inc. | B | Dividend | K | T | | | | | |
| 80. Verizon Communications c/s | A | Dividend | J | T | | | | | |
| 81. Parsippany-Troy Hills Twp.NJ (dtd 6/2/92;due 4/1/06) | A | Interest | K | T | | | | | |
| 82. Unique Mobility, Inc. c/s | A | Dividend | J | T | | | | | |
| 83. Unique Mobility, Inc. c/s | A | Dividend | J | T | | | | | |
| 84. ▆▆▆▆ TRUST: | | | | | | | | | |
| 85. - Glassboro,NJSchlDist,FSA, dtd 7/1/01,4 3/4%,7/1/11 | A | Interest | K | T | | | | | |
| 86. - Medtronic, Inc. c/s | A | Dividend | K | T | | | | | |
| 87. - NJ SY EDL FACS Auth Re Ambac dtd 7/1/01 4.3% 7/1/11 | A | Interest | K | T | | | | | |
| 88. THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 89. - Glenmede Fund, Inc.; Strategic Equity Port. | A | Dividend | J | T | | | | | |
| 90. - Glenmede Maxi-Cap Index Fund | B | Dividend | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Brotman, Stanley S | 05/10/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91.    - Vanguard Institutional Index 500 FD | B | Dividend | L | T | Part.Sale | 12/16 | J | | |
| 92.   THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 93.    - Glenmede Fund, Inc. - Strategic Equity Port. | A | Dividend | J | T | | | | | |
| 94.    - Glenmede Max-Cap Index Fund | A | Dividend | J | T | | | | | |
| 95.    - Vanguard Institutional Index 500 FD | B | Dividend | K | T | | | | | |
| 96.   THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 97.    - Vanguard Institutional Index 500 Fund | A | Dividend | K | T | | | | | |
| 98.   Kraft Foods, Inc.CLA c/s | A | Dividend | J | T | | | | | |
| 99.   NJSt.Transit Sys 1993 (dtd 4/10/93 4.60 due 6/15/01) | B | Interest | K | T | | | | | |
| 100.   Essex Cnty.Gen.Oblig.(dtd 11/15/95 5.00 due 11/15/06) | B | Interest | K | T | | | | | |
| 101.   AT & T Wireless Svcs, Inc. c/s | A | Dividend | | | Sale | 12/15 | J | | |
| 102.   ▆▆▆TRUST | | | | | | | | | |
| 103.    - NJ SPORTS&EXPOSITION dtd 1/1/02 4.6% due 3/1/12 | B | Interest | K | T | | | | | |
| 104.    - Target Corp. c/s | | | | | | | | | |
| 105.    - Duke Energy Corp. c/s | A | Dividend | | | Sale | 10/07 | J | | |
| 106.    - Pfizer, Inc. c/s | A | Dividend | K | T | | | | | |
| 107.    - Target Corp. c/s | A | Dividend | K | T | | | | | |
| 108.    - United Parcel Service c/s | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | | | Name of Person Reporting | Date of Report |
|---|---|---|---|---|
| | | | Brotman, Stanley S | 05/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. CD BANK OF THE SIERRA PORTER- VILLE,CA dtd2/13/02;due8/13/03 | C | Interest | | | Maturity | 8/13 | L | | |
| 110. NJ ST.HSG&MTG FIN ACY BOND dtd 2/05/02;due 5/1/08 3.65% | A | Interest | K | T | | | | | |
| 111. CD Western Bank of PuertoRico dtd 5/22/02;due 5/22/03 2.75% | B | Interest | | | Maturity | 5/22 | L | | |
| 112. Maplewood Twp,NJ dtd 12/01/95;due 12/1/04 4.50% | A | Interest | K | T | | | | | |
| 113. CD Capitol One Bank,McLean,VA dtd 11/13/02;due 11/13/03 2.40 | C | Interest | | | Maturity | 11/13 | L | | |
| 114. Hudson Cty NJ Corr.Fac. dtd 12/15/02;12/1/05 2.00% | C | Interest | M | T | | | | | |
| 115. State of Israel Bond dtd 2/01/02 4.0% | A | Interest | J | T | | | | | |
| 116. State of Israel Bond dtd 12/01/02 4.0% | A | Interest | J | T | | | | | |
| 117. Amgen, Inc. c/s | A | Dividend | J | T | | | | | |
| 118. Mercer Cnty,NJ Imp.Auth.dtd 8/01/02;due 8/01/09 3.25% | A | Interest | K | T | | | | | |
| 119. Davis Sr.Inc. Govt.Mkt Class C | A | Dividend | K | T | Exchanged | 1/8 | K | | |
| 120. PIMCO Money Mkt Fund,Class C | A | Dividend | J | T | Exchanged | 1/8 | J | | |
| 121. Davis N.Y. Venture Fund Class C | A | Dividend | K | T | Exhanged | 1/8 | K | | |
| 122. Evergreen Managed Income Fund, PFD SHS SER | B | Interest | L | T | Buy | 8/29 | L | | |
| 123. CD Euro Bank Hato Rey, P. R. , dtd 5/23/03 due 8/25/03 | B | Interest | L | T | Buy | 5/23 | L | | |
| 124. Lucent Technologies, c/s | A | Dividend | J | T | Buy | 1/8 | J | | |
| 125. PIMCO Pea Innovation Fund, Class C | A | Interest | J | T | Exchanged | 1/8 | J | | |
| 126. CD Euro Bank Hayto Rey, P.R., dtd 5/23/03, due 8/25/03 | B | Interest | | | Matured | 8/25 | L | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. Prudential Financial, Inc.. | A | Dividend | J | T | Conversion | 3/02 | J | | |
| 128. Alliance Pharmaceutical Corp., c/s | A | None | J | T | Buy | 8/89 | J | | |
| 129. | | | | | Sale | 12/12 | J | | |
| 130. Prudential Financial, Inc. | A | Dividend | J | T | Conversion | 3/02 | J | | |
| 131. Prudential Financial, Inc. | A | Dividend | J | T | Gift | 3/02 | J | | Richard A. Brotman |
| 132. CD Franklin Bank, Austin, TX; 1.350 dtd 8/20/02, due 5/20/04 | B | Interest | L | T | Buy | 8/20 | L | | |
| 133. CD Nicolet Bank, Green Bay WI, 1.70 dtd 5/21/03, due 5/20/04 | B | Interest | L | T | Buy | 5/23 | L | | |
| 134. S.J. Port. Corp., NJ Rev, 3.50, dtd 12/01/02, due 6/1/04 | A | Interest | K | T | Buy | 9/18 | K | | |
| 135. CD Cap.One Bank, McClain, VA, 2.0 dtd 11/26/03, due 11/26/04 | B | Interest | L | T | Buy | 11/26 | L | | |
| 136. ██████ TRUST | | | | | | | | | |
| 137. - Goldman Sacks Group c/s | A | Dividend | K | T | Buy | 10/07 | K | | |
| 138. - United Parcel Service c/s | A | Dividend | K | T - | Buy | 10/07 | K | | |
| 139. - Dell, Inc. c/s | A | Dividend | K | T | Buy | 12/17 | K | | |
| 140. - S&P 500 Depository Receipts | A | Interest | L | T | Buy | 12/22 | L | | |
| 141. - Mercer County, NJ Imp. Auth. . 3.0, dtd 2/15/03 due 9/1/03 | A | Interest | L | T | Buy | 2/13 | L | | |
| 142. - Anheuser Busch Cos, Inc. | A | Dividend | K | T | Buy | 5/20 | K | | |
| 143. - Intel Corp., c/s | A | Dividend | J | T | Buy | 5/20 | J | | |
| 144. - Pfizer, Inc., c/s | A | Dividend | J | T | Buy | 5/20 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145.  - Walmart Stores, c/s | A | Dividend | K | T | Buy | 10/17 | K | | |
| 146.  - Walmart Stores, c/s | A | Dividend | | | Sold | 12/22 | K | | |
| 147.  - Medco Health Solutions, Inc. c/s | | None | J | T | Spin Off | 8/12 | J | | |
| 148.  - Medco Health Solutions, Inc. c/s | | None | | | Sold | 8/12 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| | U = Book Value | V = Other | W = Estimated | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Brotman, Stanley S | 05/10/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1. Entry 24 previously sold on 3/6/01 and inadvertently omitted from 2001 Financial Disclosure Report.
2. Entry 41 of this report reflects a consolidation of entries 43, 94, 101 and 128 of the 2002 Financial Disclosure Report.
3. Entry 65 of this report reflects a consolidation of entries 70, 77 and 122 of the 2002 Financial Disclosure Report.
4. Entry 119 exchanged for Entry 121.
5. Entry 120 exchanged for Entry 125.
6. Entry 127 of this report reflects a conversion by Prudential Financial, Inc. from a Mutual Company to a Stock Company, with Distribution to eligible policy holders being made by 3/31/02.
7. Entry 130 of this report reflects a conversion by Prudential Financial, Inc. from a Mutual Company to a Stock Company, with Distribution to eligible policy holders being made by 3/31/02.
8. Entry 131 of this report reflects a gift of item 130 of this report to Richard A. Brotman.
9. Entry 134 of this report reflects a purchase of Alliance Pharmacuticals, Corp., c/s, on 8/25/89 which was inadvertently omitted from the Financial Disclosure Report for 1989 to date, and sale on 12/12/03.
10. Entry 147 of this report reflects a spin off from Merck & Co, entry 27.
11. Entry 3 under Section IV Reimbursements reflects attendence at the annual meeting of the American Automobile Association in Denver, CO, as ███████ of my ██████ who is a Director and Board Secretary of the AAA Club of South Jersey, which assumed the expenses of ALL ████████ of Directors attending this meeting. See Guide to Judiciary Policies and Procedures, Vol. II, Chapter VI, Part G, Section 5(b)(7).

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Brotman, Stanley S | 05/10/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _____ 5/10/04 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544